# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY ANDERSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. SOTO,<br><br>　　　　　Respondent. | NO. CV 11-00713-PA (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 30, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE